Same case below, 385 Fed. Appx. 132.

Same case below, 413 Fed. Appx. 197.

**No. 10-10477. Ralph John Prepetit, Petitioner v. United States.**

564 U.S. 1011, 131 S. Ct. 3008, 180 L. Ed. 2d 834, 2011 U.S. LEXIS 4475.

June 13, 2011. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

**No. 10-10479. Juris Zanis Pupols, Petitioner v. Patent and Trademark Office.**

564 U.S. 1011, 131 S. Ct. 3009, 180 L. Ed. 2d 834, 2011 U.S. LEXIS 4401.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 413 Fed. Appx. 232.

**No. 10-10484. Denard Edward Carrington, Petitioner v. United States.**

564 U.S. 1011, 131 S. Ct. 3009, 180 L. Ed. 2d 834, 2011 U.S. LEXIS 4447.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 411 Fed. Appx. 644.

**No. 10-10490. Lazaro Mateo, Petitioner v. United States.**

564 U.S. 1011, 131 S. Ct. 3009, 180 L. Ed. 2d 834, 2011 U.S. LEXIS 4489.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-10496. John Henry Stacks, Jr., Petitioner v. United States.**

564 U.S. 1011, 131 S. Ct. 3009, 180 L. Ed. 2d 834, 2011 U.S. LEXIS 4437.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 408 Fed. Appx. 666.

**No. 10-10497. Joseph David Zemba, Petitioner v. United States.**

564 U.S. 1011, 131 S. Ct. 3009, 180 L. Ed. 2d 834, 2011 U.S. LEXIS 4500.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 403 Fed. Appx. 649.

**No. 10-10498. Robert E. Young, Petitioner v. United States.**

564 U.S. 1011, 131 S. Ct. 3009, 180 L. Ed. 2d 834, 2011 U.S. LEXIS 4408.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 414 Fed. Appx. 541.